IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANE MCGUIRE | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 14-1531 |
| | : | |
| COLBY J. NEIDIG | : | |

## VERDICT

**We the jury of eight persons unanimously finds:**

**A. As to Mr. McGuire's civil rights claim.**

1. Did Colby Neidig act under color of state law?

    YES ☒         NO _____

    *If your answer to No. 1 is "YES", please proceed to Question No. 2.*
    *If your answer is "NO", proceed to Question No. 5.*

2. Did Colby Neidig use excessive force against Shane McGuire?

    YES ☒         NO _____

    *If your response to No. 2 is "YES", please proceed to No.3.*
    *If your answer to No. 2 is NO, please proceed to No. 5.*

3. Did Colby Neidig cause Shane McGuire to experience economic loss, physical or emotional pain, suffering, inconvenience, mental anguish or loss of enjoyment of life?

    YES ☒         NO _____

    *If you answered "YES" to Question 3, please proceed to Question 4a.*
    *If you answered "NO" to Question 3, proceed to Question 5.*

1

4a. What amount of damages will fairly compensate Mr. McGuire for economic loss, physical and/or emotional pain, suffering, inconvenience, mental anguish or loss of enjoyment of life?

$ 75,000.00

4b. If you found no compensatory damages in response to Question 4a, Mr. McGuire is awarded nominal damages in the amount of $1.00.

*Please proceed to No. 5.*

**B. As to Mr. McGuire's assault and battery claims.**

5. Did Colby Neidig assault Shane McGuire?

YES ✖   NO ____

*Please proceed to No. 6.*

6. Did Colby Neidig batter Shane McGuire?

YES ✖   NO ____

*If you answered YES to No. 5 or No. 6, please proceed to No. 7.*

*If you answered NO to both No. 5 and No. 6, please have the foreperson sign and date the form below and notify the Madam Deputy.*

7. What amount do you award Shane McGuire as compensatory damages?

$ 51,093.21

2

YOU HAVE COMPLETED YOUR DELIBERATIONS. PLEASE ASK THE FOREPERSON TO SIGN AND DATE BELOW AND NOTIFY THE MADAM DEPUTY OF COMPLETING YOUR DELIBERATIONS.

_Rebecca A. Schoch_
Foreperson

March 2, 2017